IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE ANN KLUCK, | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
|     Defendant | : | NO. 21-1674 |

## ORDER

**AND NOW**, this 15th day of July 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 12) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall: (a) reconsider Ms. Salkind's July 31, 2020 and August 1, 2020 opinions (R. 453-55) in light of the whole record and decide whether to credit them; and (b) explicitly evaluate the September 7, 2020 Statement of Plaintiff's Mother, Judith Kluck (R. 456-58).

**BY THE COURT**:

    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge